IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Andrews, James L | Case Number: 05 B 41737 |
|---|---|---|
| | Andrews, Patricia A | Judge: Wedoff, Eugene R |
| | Printed: 7/8/08 | Filed: 9/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 3, 2008
Confirmed: December 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 25,806.50 | |
| Secured: | | 0.00 |
| Unsecured: | | 21,327.93 |
| Priority: | | 2,096.77 |
| Administrative: | | 1,000.00 |
| Trustee Fee: | | 1,381.80 |
| Other Funds: | | 0.00 |
| Totals: | 25,806.50 | 25,806.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Runes Law Offices | Administrative | 1,000.00 | 1,000.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 2,096.77 | 2,096.77 |
| 5. | ECast Settlement Corp | Unsecured | 2,092.21 | 2,092.21 |
| 6. | Capital One | Unsecured | 1,760.68 | 1,760.68 |
| 7. | Internal Revenue Service | Unsecured | 12,846.21 | 12,846.21 |
| 8. | Resurgent Capital Services | Unsecured | 1,167.31 | 1,167.31 |
| 9. | OFG Capital LLC | Unsecured | 531.16 | 531.16 |
| 10. | ECast Settlement Corp | Unsecured | 2,930.36 | 2,930.36 |
| 11. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 12. | Citi Cards | Unsecured | | No Claim Filed |
| 13. | Bank First | Unsecured | | No Claim Filed |
| | | | $ 24,424.70 | $ 24,424.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 361.17 |
| 5% | 123.62 |
| 4.8% | 237.30 |
| 5.4% | 533.90 |
| 6.5% | 125.81 |
| | $ 1,381.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Andrews, James L<br>Andrews, Patricia A<br>Printed: 7/8/08 | Case Number:  05 B 41737<br>Judge:  Wedoff, Eugene R<br>Filed:  9/29/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

